IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTONIO ROBINSON,<br><br>   Plaintiff<br><br>VS.<br><br>JUANITA THORPE,<br><br><br><br>   Defendant(s) | NO. 5: 06-CV-191 (CAR)<br><br><br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

O R D E R

Upon consideration of plaintiff ANTONIO ROBINSON's "Brief in Support" which has been docketed as a **MOTION TO APPOINT COUNSEL** (Tab #42), the same is DENIED to the extent that it requests the appointment of legal counsel. The basis for denial of this motion is the same as that set forth in the court's previous order (Tab #17) denying appointment of counsel. Plaintiff has demonstrated the ability to present both his factual contentions and his legal argument.

SO ORDERED AND DIRECTED, this 9th day of MARCH, 2007.



                CLAUDE W. HICKS, JR.
                UNITED STATES MAGISTRATE JUDGE