IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ANTONIO ROBINSON, | |
|---|---|
| Plaintiff | |
| VS. | NO. 5: 06-CV-191 (CAR) |
| JUANITA THORPE, | |
| Defendant(s) | **PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

Upon consideration of plaintiff ANTONIO ROBINSON's **MOTION IN REQUESTING PROTECTION OF "WHISTLE BLOWER" ORDER** (Tab #41), the same is DENIED. The undersigned finds no legal basis therefor and notes that any request for such protection must come from the individual seeking protection. In this case, plaintiff appears to seek such protection for another, to-wit, a state prison employee.

SO ORDERED AND DIRECTED, this 9th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE