IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTONIO ROBINSON, <br><br> Plaintiff <br><br> VS. <br><br> MR. THORPE, <br><br> Defendant | NO. 5:06-CV-191 (CAR) <br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

# O R D E R

Before the court is plaintiff ANTONIO ROBINSON's "MOTION REQUESTING FEDERAL TRANSFER PROTECTION." Tab #46. Plaintiff's motion asks the court to transfer him [from state custody] into the federal witness protection program. The instant suit deals with the defendant's alleged confiscation of the plaintiff's legal mail and the resulting denial of access to the courts. Plaintiff complains that he is being retaliated against for filing this lawsuit. However, the relief he seeks is not available to him: he is not a federal witness and is not in federal custody. This court has no authority to remove him from state custody. Accordingly, plaintiff's motion is DENIED.

Plaintiff is free, of course, to institute a new legal proceeding against any state actor whom he alleges is retaliating against him for filing this lawsuit. He may obtain the necessary Section 1983 forms from the Clerk of Court.

SO ORDERED this 29th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE