# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ANTHONY ROBINSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 5:06-CV-191 (CAR) |
| MR. THORPE, | : |
| Defendant. | : |

## ORDER

Before the Court is Plaintiff Antonio Robinson's "Motion for Declaratory Judgment." (Doc. 73). The nature of this motion is unclear, as is the relief Plaintiff seeks. In any event, final judgment has been entered in this case and Plaintiff has filed a notice of appeal to the United States Court of Appeals for the Eleventh Circuit. "The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982). Because this Court lacks jurisdiction to hear the motion, it is hereby **DISMISSED**.

**SO ORDERED** this 20th day of December, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

chw